UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY DAVIS
0273838                                                                                           PLAINTIFF

v.                                         4:17CV00164 SWW

DOES, *et al*.                                                                                   DEFENDANTS

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray [ECF No. 26]. No objections have been filed. After careful consideration, the Court concludes that the Recommended Partial Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Tommy Sturgeon and Nicole Carter's Motion for Summary Judgment (Doc. 23) is GRANTED.

2. Davis's claims against Tommy Sturgeon and Nicole Carter are DISMISSED, WITHOUT PREJUDICE.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of March, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE