UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHNNY DAVIS
0273838                                                                                          PLAINTIFF

v.                                          4:17CV00164 SWW

DOES, *et al.*                                                                                   DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 2nd day of November, 2018.

                                                           /s/Susan Webber Wright
                                                  UNITED STATES DISTRICT JUDGE